# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Keith Ward, William Clark, Kody Clark, Ed Johnston, and All Others Similarly Situated, ) ) ) ) | |
| Plaintiffs, ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. ) ) | |
| Wind River Trucking, LLC d/b/a Wind River Oil Services; and Todd Bradford, ) ) ) | Case No. 1:16-cv-418 |
| Defendants. ) | |

Before the court is a motion for attorney Michael D. Stanger to appear *pro hac vice* on behalf of defendants. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Stanger has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 8) is **GRANTED**. Attorney Michael D. Stanger is admitted to practice before this court in the above-entitled action on behalf of defendants.

**IT IS SO ORDERED.**

Dated this 24th day of February, 2017.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge