# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Keith Ward, et al., | ) |
| Plaintiffs, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| Wind River Trucking, LLC, et al., | ) |
| | ) Case No. 1-16-cv-418 |
| Defendants. | ) |

Before the court is a motion for attorney Justen Barks to appear *pro hac vice* on Plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Barks has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Barks has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 28) is **GRANTED**. Attorney Barks is admitted to practice before this court in the above-entitled action on behalf of the Plaintiffs.

**IT IS SO ORDERED.**

Dated this 26th day of February, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge