# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Keith Ward, William Clark, Kody Clark, Ed Johnston, and All Other Similarly Situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) **ORDER**<br>) |
| vs. | )<br>) |
| Wind River Trucking, LLC, d/b/a Wind River Oil Services; Heath Johnson; Todd Bradford; Joseph Derosier; and Brad Jensen, | )<br>) Case No. 1:16-cv-418<br>)<br>)<br>) |
| Defendants. | ) |

On November 19, 2018, the court issued an order suspending all pretrial deadlines and continuing the final pretrial conference and trial pending an appearance by Brad Jensen, an additional defendant named in Plaintiff's Third Amended Complaint. (Doc. No. 43). On October 29, 2019, the court issued an order granting plaintiffs' Motion for Partial Summary Judgment. (Doc. No. 48).

The record reflects that Defendant Brad Jensen has yet to enter an appearance. In light of the court's most recent order coupled with the fact that approximately one year has passed since all pretrial deadlines were suspended, the court shall require the parties to submit by December 9, 2019, either a revised scheduling plan or a report advising how they otherwise want to proceed.

**IT IS SO ORDERED.**

Dated this 25th day of November, 2019.

>	*/s/ Clare R. Hochhalter*
>	Clare R. Hochhalter, Magistrate Judge
>	United States District Court